UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-347

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLIVO RIOS-PRISCILLIANO,<br><br>Defendant. | ) | REASSIGNMENT OF CRIMINAL CASE |

The following criminal case has been reassigned as follows:

Criminal No.

00-347

Defendant Name

Olivo Rios-Priscilliano

Remove AUSA

David J. MacLaughlin and Elizabeth Peterson

Add AUSA

Ann M. Anaya

Dated: April 7, 2006

RACHEL K. PAULOSE
United States Attorney

s/James E. Lackner
BY: JAMES E. LACKNER
Assistant U.S. Attorney