A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2006 APR 10 A 10:24

RECEIVED U.S. MARSHAL ST. PAUL MINN

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0641-6410-0705-0

CASE NUMBER: CR 00-347 (2) DWF/SRN

Olivo Rios-Priscilliano

RECEIVED US MARSHALS SERVICE MPLS MN 2006 APR 13 A 9:40

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Olivo Rios-Priscilliano

and bring him or her forthwith to the nearest Magistrate Judge to answer an Petition and Order charging him or her with:

Violation of Supervised Release

Ordered by: Donovan W. Frank, United States District Court Judge.

Leah E. Gilgenbach

(By) Leah E. Gilgenbach, Deputy Clerk

April 7, 2006 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

SCANNED APR 14 2006 U.S. DISTRICT COURT MPLS

ARRESTED ON 4-7-06
ARRESTED BY Subject in USMS Custody
U.S. MARSHAL
DISTRICT OF MINNESOTA

criminal\warrant.frm

DC Modified 12/08/04