IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Olivo Rios-Priscilliano,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Richard Kyle
U.S. Judge

Case No: Cr. 00-347 DWF 2
Date: May 12, 2006
Court Reporter: Robert Riley
Tape Number:
Time Commenced: 11:30
Time Concluded: 11:40
Time in Court: Hours & 20 Minutes

## APPEARANCES:

Plaintiff: Ann Anaya, Assistant U.S. Attorney
Defendant: William Orth 9 FPD 9 CJA 9 Retained 9 To be appointed

Interpreter / Language: David Hreha / Spanish

## PROCEEDINGS: - custody BOP for 6 months to run concurrently to sentence imposed in cr. 05-413RHK.

9 Counsel waived. 9 Appointment of Counsel requested.
9 Request granted. 9 Request denied.
9 **Initial Appearance - Revocation Proceedings.**
9 **Revocation of Probation - Final Hearing.**
: **Revocation of Supervised Release - Final Hearing.**
9 Hearing on Report on Defendant Under Supervision (Filing No. )
9 Preliminary Examination 9 Waived 9 Detention Hearing 9 Waived
9 Federal Public Defender appointed to represent the defendant.
9 Government's motion for Detention 9 Granted 9 Denied.
9 Defendant admits allegations. 9 Defendant denies allegations.

## ORDERED:

9 COURT TO UNSEAL PETITION/REPORT (Filing No. )
9 Defendant released on same terms and conditions of supervised release.
9 Detention Hearing scheduled for.
9 Defendant remanded to custody of the U.S. Marshal.
9 Violation of Supervised Release Hearing set for before Judge.
9 Defendant sentenced to pay fine of $ as to Count(s) and costs.
9 Report on Offender Under Supervision is granted or denied.
9 Probation continued for a term of.
9 Supervised Release continued for a term of.
9 Defendant is sentenced to:
9 Written order to be issued.

s/Deborah Siebrecht
Calendar Clerk